■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NIALL MACGIOLLABHUI, on Behalf of MICHAEL CLARE, Appellant, v DORA

B. Schriro, Commisioner, New York City Department of Corrections, Respondent. [997 NYS2d 624]—Appeal from judgment (denominated an order), Supreme Court, Bronx County (Megan Tallmer, J.), entered May 8, 2013, denying the petition for a writ of habeas corpus and dismissing the proceeding brought pursuant to CPLR article 70, unanimously dismissed, without costs, as moot.

This appeal challenging the legality of petitioner's preconviction detention is moot, since petitioner is currently incarcerated pursuant to a judgment of conviction and sentence rendered upon his plea of guilty (*see People ex rel. Megaro [Santiago] v Walsh*, 15 AD3d 238 [1st Dept 2005]). Further, petitioner has failed to demonstrate the applicability of an exception to the mootness doctrine (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]; *see also Megaro*, 15 AD3d 238). Concur—Acosta, J.P., Moskowitz, Richter, Feinman and Clark, JJ.